STATE OF CONNECTICUT *v.* EUGENE CROMETY

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 425 (AC 26942), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Kirstin B. Coffin,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided September 12, 2007

STATE OF CONNECTICUT *v.* DOMENICK VALLEJO

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 628 (AC 27271), is denied.

*Christopher M. Neary,* special public defender, in support of the petition.

Decided September 12, 2007

NEW ENGLAND RETAIL PROPERTIES, INC. *v.*
MILDRED MATURO, EXECUTRIX (ESTATE OF
JOSEPH P. MATURO)

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 476 (AC 27382), is denied.

*William F. Gallagher,* in support of the petition.

*Thomas P. Moriarty,* in opposition.

Decided September 12, 2007